**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1501**

JTH TAX, INC., d/b/a Liberty Tax Service,

Plaintiff - Appellee,

v.

CHARLES HINES,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:15-cv-00558-RBS-RJK)

Submitted:  September 28, 2018                           Decided:  October 28, 2018

Before WILKINSON and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Hines, Appellant Pro Se.  Jason Eli Ohana, WILLCOX & SAVAGE, PC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Defendant Charles Hines appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing his counterclaims alleging breach of contract, fraud, and related claims against Plaintiff JTH Tax, Inc. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *JTH Tax, Inc. v. Hines*, No. 2:15-cv-00558-RBS-RJK (E.D. Va. Aug. 24, 2017; Mar. 2, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*